NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL ZINOVOY,               )
                               )
          Appellant,           )
                               )
v.                             )       Case No. 2D18-1728
                               )
DEBORAH ZINOVOY,               )
                               )
          Appellee.            )
_____)

Opinion filed June 26, 2019.

Appeal from the Circuit Court for
Hillsborough County; Wesley D. Tibbals,
Judge.

Richard C. Reinhart, Bradenton, for
Appellant.

Ronald J. Russo, Tampa, for Appellee.


PER CURIAM.

          Affirmed.


BLACK and SALARIO, JJ., and SLOAN, JAMES D., ASSOCIATE JUDGE, Concur.